JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES PICKETT, | No. CV 25-01565-DMG (ADSx) |
| Plaintiff, | |
| v. | **ORDER APPROVING JOINT STIPULATION AND STAYING CASE PENDING ARBRITRATION [11]** |
| CREDIT ONE BANK, N.A., | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

Plaintiff James Pickett and Defendant Credit One Bank, N.A. filed a Joint Stipulation to Stay the Case Pending the Outcome of Arbitration. [Doc. # 11.] The parties agree that all of Plaintiff's claims are subject to binding arbitration through the American Arbitration Association pursuant to the underlying card agreement and the Federal Arbitration Act, 9 U.S.C. §§ 1–16 ("FAA"). Having reviewed the Stipulation and finding good cause, the above-captioned action is hereby **STAYED** and administratively closed pending the completion of arbitration. All dates and deadlines are **VACATED**. Within **10 days** after the resolution of the parties' dispute through arbitration or otherwise, they shall file a stipulation for dismissal of this action or request a lift of the stay.

**IT IS SO ORDERED**.

DATED:  March 14, 2025

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE